NO. 07-12-0364-CR
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 AUGUST 20, 2012
 ______________________________

 KELLIE LEWIS,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _________________________________

 FROM THE 140th DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2010-429,319; HON. BRADLEY UNDERWOOD , PRESIDING
 _______________________________

 Order of Dismissal
 _______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
Kellie Lewis, appellant, attempts to appeal from her conviction for murder, count three. The trial court pronounced sentence and signed the judgment on January 26, 2012. Appellant did not file her notice of appeal until August 13, 2012. We dismiss for want of jurisdiction.

To be timely, a notice of appeal must be filed within thirty days after the sentence is imposed or suspended in open court or within ninety days after that date if a motion for new trial is filed. Tex. R. App. P. 26.2(a). Assuming a timely motion for new trial was filed, the deadline lapse by the end of April, 2012. Appellant also entered into a plea agreement, and the certification of right to appeal stated that the criminal proceeding was "a plea-bargain case and the defendant has NO right of appeal." 
A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If it is untimely, we can take no action other than to dismiss the proceeding. Id. at 523. Appellant's notice being untimely filed, we have no jurisdiction over the matter and dismiss the appeal.
Accordingly, appellant's appeal is dismissed.

Per Curiam 

Do not publish.